UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 07, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERASMO ZARATE SOLORZANO,

Defendant.

Case No.  2:21-cr-00109-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ERASMO ZARATE

SOLORZANO ,

Case No.  2:21-cr-00109-JAM  Charge 21 USC § 846, 841(a)(1), from custody for

the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

   X    Unsecured Appearance Bond $   50,000

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

            (Other): The defendant is to be released on July 8,

   X    2021 at 11:00 AM, to the 3rd party custody of Lewis

            Evans.

Issued at Sacramento, California on July 07, 2021 at 4:54 PM.

By: _____

Magistrate Judge Allison Claire