Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
ERASMO SOLORZANO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>ERASMO SOLORZANO,<br><br>              Defendant. | Case No.: 2:21-CR-00109 DAD<br><br>**STIPULATION AND ORDER FOR TEMPORARY RELEASE OF PASSPORT** |

    The parties through their respective counsel, Etan Zaitsu, attorney for defendant Erasmo Solorzano, and Angela Scott, Assistant United States Attorney, HEREBY STIPULATE to the temporary release of Defendant's passport to him by Pretrial Services as follows:

    The Defendant's passport shall be released to Pretrial Services on **April 7, 2023** and then released to the Defendant, subject to the following conditions: a) unless otherwise authorized by Pretrial Services, Defendant's passport must be re-surrendered to Pretrial Services no later than **April 11, at 4:00 p.m**.; b) Defendant's passport may only be used for appointments approved by Pretrial Services Officer.

    This modification has been requested by Mr. Solorzano and his counsel and approved by Pretrial Services so that Mr. Solorzano can obtain a California Driver's License.

    Based upon Pretrial Services' approval, the government is without objection.

1

**Stipulation For Temporary Release of Passport**

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order.

IT IS SO STIPULATED

Dated: April 3, 2023                                  Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
ERASMO SOLORZANO

Dated: April 3, 2023                                  /s/ Angela Scott
ANGELA SCOTT
Assistant U.S. Attorney

### ORDER

Based upon the foregoing stipulation of the parties, approval of Pretrial Services, and good cause appearing, the Court grants the Defendant's request for the temporary release of his passport to him as set forth above.

**IT IS SO ORDERED.**

Dated: April 3, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Temporary Release of Passport**