Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
ERASMO SOLORZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERASMO SOLORZANO,<br><br>          Defendant. | Case No.: 2:21-CR-00109 DAD<br><br>**STIPULATION AND ORDER FOR TEMPORARY RELEASE OF PASSPORT** |

   The parties through their respective counsel, Etan Zaitsu, attorney for defendant Erasmo Solorzano, and Aaron Pennekamp, Assistant United States Attorney, HEREBY STIPULATE to the temporary release of Defendant's passport to him by Pretrial Services as follows:

   The Defendant's passport shall be released to Pretrial Services on **April 26, 2023** and then released to the Defendant, subject to the following conditions: a) unless otherwise authorized by Pretrial Services, Defendant's passport must be re-surrendered to Pretrial Services no later than **May 1, at 4:00 p.m**.; b) Defendant's passport may only be used for appointments approved by his Pretrial Services Officer.

   Mr. Solorzano's request for temporary release of his passport has been approved by his Pretrial Services Officer so that he can obtain a California Driver's License. Please note that a similar stipulation was previously filed (Dkt. 175) and approved by the Court on April 4, 2023 (Dkt. 177), permitting the temporary release of Mr. Solorzano's passport from April 7, 2023 –

1

**Stipulation For Temporary Release of Passport**

April 11, 2023. Due to a miscommunication by defense counsel, Mr. Solorzano missed the scheduled time and place to receive his passport from Pretrial Services.

      Based upon Pretrial Services' approval, the government is without objection.

      Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order.

      IT IS SO STIPULATED

Dated: April 19, 2023        Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
ERASMO SOLORZANO

Dated: April 19, 2023        /s/ Aaron Pennekamp
AARON PENNEKAMP
Assistant U.S. Attorney

## ORDER

Based upon the foregoing stipulation of the parties, approval of Pretrial Services, and good cause appearing, the Court grants the Defendant's request for the temporary release of his passport to him as set forth above.

      IT IS SO ORDERED.

Dated: April 19, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Temporary Release of Passport**